BEATRICE LANGE, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Argued April 20, 1938; decided July 7, 1938.

*Harry Cole Bates* and *Martin T. Nachtmann* for appellant.

*Borden H. Mills* and *Solomon M. Gilens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.